## ANDERSON v. STATE.
### No. 24462.

Court of Criminal Appeals of Texas.

Nov. 9, 1949.

None on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for carrying a pistol, with a penalty of six months term in the county jail.

The statement of facts amply supports the jury's verdict. We find no bills of exception and no brief filed by appellant. We are not advised of the grounds upon which appellant seeks a reversal of his case. We find no error apparent in the record.

The judgment of the trial court is affirmed.